**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

JANIS EGGLESTON,

        Defendant.
_____/

No. C -13-03557 EDL (LB)

**ORDER**

The deadline to file a motion to strike in this case is continued to January 13, 2015, with a hearing on February 17, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 7, 2014

                                                 ELIZABETH D. LAPORTE
                                                 United States Chief Magistrate Judge