UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANIS EGGLESTON,<br><br>Defendant. | Case No.  13-cv-03557-EDL<br><br>**ORDER** |

The Case Management Conference in this case is continued to April 28, 2015 at 3:00 p.m. A joint Case Management Conference Statement shall be filed no later than April 21, 2015. The deadline to file a motion to strike is continued to April 28, 2015, with a hearing on June 16, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: Nov 6, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge