UNITIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JANIS EGGLESTON,<br>        Defendant | Case No.:  CV-13-3557-EDL<br><br>[Proposed]<br><br>**ORDER TO CONTINUE THE DATE OF THE FURTHER SETTLEMENT CONFERENCE** |
|---|---|

Notice to Vacate Settlement Conference scheduled for March 31, 2015 at 10:00 AM in Courtroom C, 15th Floor, San Francisco and to continue the Settlement Conference until August 12, 2015, at 10:00 AM in Courtroom C, 15th Floor, San Francisco.  Updated Settlement Conference Statements are due to be submitted by the parties on August 5, 2015.

Dated: March 18, 2015

_____
Magistrate Judge Laurel Beeler
U.S. District Court, Northern District of CA