UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>JANIS EGGLESTON<br><br>    Defendant | Case No.: CV-13-3557-SLM<br><br>[PROPOSED]<br><br>ORDER  AS MODIFIED<br><br>TO CONTINUE THE CASE MANAGEMENT CONFERENCE SET FOR APRIL 28, 2015 UNTIL SEPTERMBER 22, 2015 AT 3:00 P.M. IN DEPT. E, SAN FRANCISCO |

PURSUANT TO THE PARTIES' STIPULATION and GOOD CAUSE APPEARING, the Case Management Conference that was continued until September 22, 2015, at 10:00 a.m. with Joint Case Management Statements filed no later than September 15, 2015.   Plaintiff to submit its anticipated Motion to Strike by September 29, 2015, and hearing on that Motion to be appropriately rescheduled on or after November 3, 2015, at ~~2:00 p.m.~~ 9:00 a.m.

Dated:  March 18, 2015

_____
Elizabeth D. Laporte, ~~Chief~~ Magistrate Judge