UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>JANIS EGGLESTON,<br><br>     Defendant. | Case No.: CV-13-3557-EDL<br><br>[Proposed]<br><br>**ORDER TO CONTINUE THE DATE OF THE FURTHER SETTLEMENT CONFERENCE** |
|---|---|

The stipulation of the parties on file herein having been considered, the matter having been submitted and good cause shown,

THE COURT ORDERS THAT the Settlement Conference scheduled for November 18, 2015 at 10:00 AM in Courtroom C, 15th Floor, San Francisco be and hereby is continued to January 29, 2016, at 10:00 AM in Courtroom C, 15th Floor, San Francisco; updated Settlement Conference Statements are due to be submitted by the parties by January 22, 2016.

Dated November 10, 2015

Magistrate Judge Laurel Beeler
U.S. District Court, Northern District of CA