UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JANIS EGGLESTON,<br><br>  Defendant. | Case No.13-cv-03557-EDL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SUBMIT REPLY**<br><br>Re: Dkt. No. 75 |

For good cause appearing, the Court GRANTS Plaintiff's request to extend time to submit its reply to Defendant's opposition. Plaintiff's reply to Defendant's opposition is due on April 26, 2017.

**IT IS SO ORDERED.**

Dated: April 19, 2017

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge