Janis E. Eggleston, SB# 153215
**LAW OFFICE OF JANIS E. EGGLESTON**
2340 Powell Street, #373
Emeryville, CA 94608
Telephone: 510-735-9986
Facsimile: (877) 863-3714
E-mail: Janis@JEgglestonLaw.com

Defendant In Pro Per

UNITIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICAN<br><br>Plaintiff,<br><br>vs.<br><br>JANIS EGGLESTON<br><br>Defendant | Case No.: CV-13-3557-EDL<br><br>**THE PARTIES' JOINT STIPULATION TO CONTINUE THE JUNE 6TH HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT UNTIL JUNE 27, 2017**<br><br>**And**<br><br>**ORDER**<br><br>Magistrate Judge: Elizabeth D. LaPorte<br>Time: 9:30 a.m.<br>Date: June 6, 2017<br>Courtroom E, 15th Floor<br><br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

THE PARTIES, by and through their counsel of record, DO HEREBY STIPULATE TO THE FOLLOWING:

1. Plaintiff's Motion for Summary Judgment hearing was rescheduled to June 6, 2017 so that Joshua Cohen, Defendant's Pro Hac Vice counsel could have his application approved by then and to attend the oral argument at a time when he was already scheduled to be in San Francisco.

---

THE PARTIES' JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT / CASE NO. CV-13-3557
1

2. The rescheduled June 6th hearing will not allow Joshua Cohen to attend the oral argument on June 6th by either telephonic appearance or in person appearance.

3. Defendant requests that the hearing on Plaintiff's Motion for Summary Judgment be rescheduled to June 27, 2013, at 9:30 a.m. Plaintiff agrees with this change in scheduling.

Dated: May 23, 2017                              Respectfully submitted,

**LAW OFFICE OF JANIS E. EGGLESTON**

/s/ JEE

Janis E. Eggleston, In Properia Persona

Dated: May 23, 2017                              /s/ MC

Michael Cosentino, Attorney for Plaintiff, United States Dept. of Education

### ORDER

PURSUANT TO THE PARTIES' STIPULATION and GOOD CAUSE APPEARING, the hearing on Plaintiff's Motion for Summary Judgment will be rescheduled from June 6, 2017 to Tuesday, June 27, 2014 at 9:30, in Dept. E, 15th San Francisco, CA

Dated: May 25, 2017

Elizabeth D. Laporte, Magistrate Judge

THE PARTIES' JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT / CASE NO. CV-13-3557

2